**FILED**
March 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. SA-22-CR-250-OLG |
| § | |
| PRINCE BENJAME BUTLER § | |

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Report") (Dkt. No. 124), filed on March 3, 2025, concerning Defendant Prince Benjame Butler's Motion to Dismiss Charges Under 18 U.S.C. §§ [sic] 922(g)(1) (the "Motion to Dismiss") (Dkt. No. 119). Because Defendant did not file objections, the Court has reviewed the Report to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court is of the opinion that the Report is correct. Accordingly, the Report (Dkt. No. 124) is **ACCEPTED** and, for the reasons set forth therein, the Motion to Dismiss (Dkt. No. 119) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this ___26___ day of March, 2025.

_____
ORLANDO L. GARCIA
United States District Judge